IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARCOS LOPEZ,

    Plaintiff,

vs.                                                                         Civ. No. 19-930-KG-KBM

STATE OF NEW MEXICO
DEPARTMENT OF CORRECTIONS, and
JANICE B. SCHRYER, *Deputy District Attorney*,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

    IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Civil Rights Complaint (Doc. 1) is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE